AO 133 (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missousi

| | |
|---|---|
| RONNELL FELTON ) | |
| v.  ) | Case No.: 4:23-CV-01427-SEP |
| AUTOZONE, INC., et al ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on <u>September 17, 2025</u> against <u>Plaintiff</u>,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................ | $ 402.00 |
| Fees for service of summons and subpoena ........................... | $ 325.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | $ 2,939.10 |
| Fees and disbursements for printing ................................. | |
| Fees for witnesses *(itemize on page two)* ............................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .................................. | $ 98.72 |
| Docket fees under 28 U.S.C. § 1923 ................................. | |
| Costs as shown on Mandate of Court of Appeals ...................... | |
| Compensation of court-appointed experts ............................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 .... | |
| Other costs *(please itemize)* ......................................... | |
| TOTAL | $ 3,764.82 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✔] Electronic service      [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney:   /s/ Laurie M. Riley

Name of Attorney:   Laurie M. Riley

For: Defendants                                    Date: 10/06/2025
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*            *Deputy Clerk*            *Date*

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE ||  SUBSISTENCE || TRAVEL || Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:
    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print    Save As...    Reset

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONNELL FELTON, ) | |
| ) | |
|     Plaintiff, ) | Case No.: 4:23-CV-01427-SEP |
| ) | |
| Vs. ) | |
| ) | |
| AUTOZONE, INC., and ) | |
| TIARA ROBINSON, ) | |
| ) | |
|     Defendants. ) | |
| _____ ) | |

**ITEMIZATION**
**(Attachment to Bill of Costs, Form AO 133)**

I.  Fees of the Clerk:                                                          $ 402.00 (Exhibit A)

                                                                        **Total: $402.00**

II.  Fees for service of summons and subpoena:
     1.  Caplan, Caplan & Caplan Process Servers[1]

        Service of Subpoena to Behavioral Health                    $ 65.00 (Exhibit B)

        Service of Subpoena to Cooper's Hawk Twin
        Creeks Kansas City LLC                                       $ 65.00 (Exhibit C)

        Service of Dolgencorp LLC dba Dollar General             $ 65.00 (Exhibit D)

        Service of Subpoena to LSL Growth Retail LLC dba
        Kind Goods Cannabis Dispensary                         $ 65.00 (Exhibit E)

        Service of Subpoena to Red Robin International, Inc.       $ 65.00 (Exhibit F)

                                                                      **Total: $325.00**

---

[1] Invoices from Caplan, Caplan & Caplan Process Servers reflect each a total amount charged of $210.00; however, Defendants seek $65.00 pursuant to 28 CFR § 0.114.

III. Fees for printed or electronically recorded transcripts necessarily obtained for use in the case:

1. LEXITAS

   Deposition transcript of Ronnell Felton            $2,939.10 (Exhibit G)

   **Total: $2,939.10**

IV. Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case

1. CIOX Health

   Third party records from BJC Behavioral Health        $ 29.63 (Exhibit H)

   Third party records from St. Louis University Hospital      $ 69.09 (Exhibit I)

   **Total: $ 98.72**

**DEFENDANTS' TOTAL TAXABLE COSTS: $3,764.82**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, November 8, 2023 12:08 PM |
| **To:** | Bryan, Robin R. |
| **Subject:** | Pay.gov Payment Confirmation: MISSOURI EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Cheryl Czopek at 314-244-7914.

Account Number: 3892735
Court: MISSOURI EASTERN DISTRICT COURT
Amount: $402.00
Tracking Id: AMOEDC-10261746
Approval Code: 005393
Card Number: ████████
Date/Time: 11/08/2023 01:08:26 ET

NOTE: This is an automated message. Please do not reply

**EXHIBIT A**

Caplan, Caplan & Caplan Process Serve
351 SW 136th Avenue
Suite 207
Davie, FL 33325
Phone: (305) 374-3426
Fax: (305) 854-4847
46-4588872

**INVOICE**

Invoice #CPN-2024031384
8/27/2024

Original Date: 8/9/2024

D43479

Ben H. Harris, III
JONES, WALKER, LLP.
11 North Water Street
Suite 1200
Mobile, AL 36602

**Case Number: EASTERN 4:23-CV-1427**

Plaintiff:
**RONNELL FELTON**

Defendant:
**AUTOZONE, INC., and et al.,**

Received: 8/7/2024   Served: 8/8/2024 8:55 am   CORPORATE - REGISTERED AGENT
To be served on: BJC BEHAVIORAL HEALTH BY SERVING ITS REGISTERED AGENT: CSC-LAWYERS INCORPORATING SERVICE COMPANY

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| OUT OF STATE RUSH FEE | 1.00 | 210.00 | 210.00 |
| TOTAL CHARGED: | | | $210.00 |

**BALANCE DUE:** $210.00

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)
**PLEASE NOTE AS OF MARCH 1ST 2024 OUR OFFICE WILL BE LOCATED AT 351 SW 136TH AVENUE SUITE 207 DAVIE, FLORIDA 33325**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

**EXHIBIT B**

Caplan, Caplan & Caplan Process Serve
351 SW 136th Avenue
Suite 207
Davie, FL 33325
Phone: (305) 374-3426
Fax: (305) 854-4847
46-4588872

**INVOICE**

Invoice #CPN-2024031372
8/27/2024

Original Date: 8/12/2024

D43480

Ben H. Harris, III
JONES, WALKER, LLP.
11 North Water Street
Suite 1200
Mobile, AL 36602

**Case Number: EASTERN 4:23-CV-1427**

Plaintiff:
**RONNELL FELTON**

Defendant:
**AUTOZONE, INC., and et al.,**

Received: 8/7/2024   Served: 8/8/2024 11:17 am   CORPORATE - REGISTERED AGENT
To be served on: COOPER'S HAWK TWIN CREEKS KANSAS CITY LLC d/b/a COOPER'S HAWK WINERY & RESTAURANT BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| OUT OF STATE RUSH FEE | 1.00 | 210.00 | 210.00 |
| TOTAL CHARGED: | | | $210.00 |

**BALANCE DUE:** $210.00

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)
**PLEASE NOTE AS OF MARCH 1ST 2024 OUR OFFICE WILL BE LOCATED AT 351 SW 136TH AVENUE SUITE 207 DAVIE, FLORIDA 33325**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

**EXHIBIT C**

Caplan, Caplan & Caplan Process Serve
351 SW 136th Avenue
Suite 207
Davie, FL 33325
Phone: (305) 374-3426
Fax: (305) 854-4847
46-4588872

**INVOICE**

Invoice #CPN-2024031386
8/27/2024

Original Date: 8/9/2024

D43478

Ben H. Harris, III
JONES, WALKER, LLP.
11 North Water Street
Suite 1200
Mobile, AL 36602

**Case Number: EASTERN 4:23-CV-1427**

Plaintiff:
**RONNELL FELTON**

Defendant:
**AUTOZONE, INC., and et al.,**

Received: 8/7/2024   Served: 8/8/2024 8:55 am   CORPORATE - REGISTERED AGENT
To be served on: DOLGENCORP LLC d/b/a DOLLAR GENERAL BY SERVING ITS REGISTERED AGENT: CSC-LAWYERS INCORPORATING SERVICE COMPANY

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| OUT OF STATE RUSH FEE | 1.00 | 210.00 | 210.00 |
| TOTAL CHARGED: | | | $210.00 |

**BALANCE DUE:**                                                                                                                    $210.00

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)
**PLEASE NOTE AS OF MARCH 1ST 2024 OUR OFFICE WILL BE LOCATED AT 351 SW 136TH AVENUE SUITE 207 DAVIE, FLORIDA 33325**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

**EXHIBIT D**

Caplan, Caplan & Caplan Process Serve
351 SW 136th Avenue
Suite 207
Davie, FL 33325
Phone: (305) 374-3426
Fax: (305) 854-4847
46-4588872

**INVOICE**

Invoice #CPN-2024031375
8/27/2024

Original Date: 8/20/2024

D42321

Ben H. Harris, III
JONES, WALKER, LLP.
11 North Water Street
Suite 1200
Mobile, AL 36602

**Case Number: EASTERN 4:23-CV-1427**

Plaintiff:
**RONNELL FELTON**

Defendant:
**AUTOZONE, INC., and et al.,**

Received: 8/7/2024   Served: 8/8/2024 12:04 pm   SERVED
To be served on: LSL GROWTH RETAIL LLC d/b/a KIND GOODS CANNABIS DISPENSARY BY SERVING ITS REGISTERED AGENT: ANDREW M. LAMMERT

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| OUT OF STATE RUSH FEE | 1.00 | 210.00 | 210.00 |
| TOTAL CHARGED: | | | $210.00 |

**BALANCE DUE:**  $210.00

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)
**PLEASE NOTE AS OF MARCH 1ST 2024 OUR OFFICE WILL BE LOCATED AT 351 SW 136TH AVENUE SUITE 207 DAVIE, FLORIDA 33325**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

**EXHIBIT E**

Caplan, Caplan & Caplan Process Serve
351 SW 136th Avenue
Suite 207
Davie, FL 33325
Phone: (305) 374-3426
Fax: (305) 854-4847
46-4588872

**INVOICE**

Invoice #CPN-2024031381
8/27/2024

Original Date: 8/9/2024

D43477

Ben H. Harris, III
JONES, WALKER, LLP.
11 North Water Street
Suite 1200
Mobile, AL 36602

**Case Number: EASTERN 4:23-CV-1427**

Plaintiff:
**RONNELL FELTON**

Defendant:
**AUTOZONE, INC., and et al.,**

Received: 8/7/2024   Served: 8/8/2024 8:55 am   CORPORATE - REGISTERED AGENT
To be served on: RED ROBIN INTERNATIONAL, INC. BY SERVING ITS REGISTERED AGENT: CSC-LAWYERS INCORPORATING SERVICE COMPANY

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| OUT OF STATE RUSH FEE | 1.00 | 210.00 | 210.00 |
| TOTAL CHARGED: | | | $210.00 |

**BALANCE DUE:** $210.00

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)
**PLEASE NOTE AS OF MARCH 1ST 2024 OUR OFFICE WILL BE LOCATED AT 351 SW 136TH AVENUE SUITE 207 DAVIE, FLORIDA 33325**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

**EXHIBIT F**



TRACY E. KERN, Esq.*
Jones Walker LLP - New Orleans
201 St. Charles Avenue
Floor 51
New Orleans, LA 70170-5101

## Invoice #782747

| Date | Terms |
|---|---|
| 07/29/2024 | Due on receipt |

**Job #456087 on 07/12/2024**

**Case:** Ronnell Felton vs. Autozone, Inc., and Tiara Robinson
**Case#:** 4:23-CV-01427-SEP

**Description**
Original Transcript of Ronnell Felton

| | |
|---|---|
| Amount Due: | $ 2,939.10 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 2,939.10** |
| **Payment Due:** | **Upon Receipt** |

If paid after 08/28/2024 please pay this amount:   $ 3,233.01

We value you as a Partner and appreciate your business.

**Lexitas can accommodate direct billing to third parties, including insurance carriers**

TAX ID # 46-4363191
Please make checks payable to:
Lexitas
PO Box 734298 Dept 2038
Dallas, TX 75373-4298
(866) 715-7770 or email kim.linarte@lexitaslegal.com

Quick and Easy Online Payment option: https://lexitaslegal.com/bill-pay
Click this link for our current W9:
https://go.lexitaslegal.com/l/851343/2023-01-24/fhtv1/851343/1674575208N9VIp5vW/Advanced_One_W9.pdf

**EXHIBIT G**

Ciox Health  - PAYMENTS ONLY
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

# CIOX HEALTH
## INVOICE

Invoice #:   0460566699
Date:        05/15/2024
Customer #:  1921369

**Ship to:**
LAURIE M RILEY
JONES WALKER LLP
201 S BISCAYNE BLVD
STE 2600
MIAMI, FL 33131-4341

**Bill to:**
LAURIE M RILEY
JONES WALKER LLP
201 S BISCAYNE BLVD
STE 2600
MIAMI, FL 33131-4341

**Records from:**
BJC BEHAVIORAL HEALTH
3309 S. KINGSHIGHWAY BLVD
ST LOUIS, MO 63139

Requested By:    JONES WALKER LLP
Patient Name:    FELTON RONNELL
DOB:             ■■■■■■■

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee |  |  | 28.70 |
| Retrieval Fee |  |  | 0.00 |
| Per Page Copy (Paper) 1 | 1 | 0.00 | 0.00 |
| Shipping |  |  | 0.87 |
| Subtotal |  |  | 29.57 |
| Sales Tax |  |  | 0.06 |
| Invoice Total |  |  | 29.63 |
| Balance Due |  |  | 29.63 |

Terms: Net 30 days     Please remit this amount : $29.63(USD)

- - - - - - - - - - - - - - - - - - - - - - ✄ - - - - - - - - - - - - - - - - - - - - - -

Ciox Health  - PAYMENTS ONLY
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed,
by signing up for secure electronic delivery.
Register at:  https://www.smartrequest.com/

Invoice #:   0460566699

Check # _____

Payment Amount $ _____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

EXHIBIT H

Ciox Health - PAYMENTS ONLY
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

**CIOX HEALTH INVOICE**

Invoice #: 0457470375
Date: 05/30/2024
Customer #: 2398906

**Ship to:**
ELIZABETH MORFA
JONES WALKER ATTY
201 S BISCAYNE BLVD
STE 3000
MIAMI, FL 33131-4330

**Bill to:**
ELIZABETH MORFA
JONES WALKER ATTY
201 S BISCAYNE BLVD
STE 3000
MIAMI, FL 33131-4330

**Records from:**
ST LOUIS UNIVERSITY HOSPITAL
1201 S GRAND BLVD
ST LOUIS, MO 63104-1016

Requested By: JONES WALKER ATTY
Patient Name: FELTON RONNELL
DOB: ▮

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 28.70 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 46 | 0.66 | 30.36 |
| Shipping | | | 3.51 |
| Subtotal | | | 64.57 |
| Sales Tax | | | 4.52 |
| Notary Fee | | | 2.00 |
| Invoice Total | | | 69.09 |
| Less Payment | | | -69.09 |
| Balance Due | | | 0.00 |

Terms: Net 30 days

---

Ciox Health - PAYMENTS ONLY
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: https://www.smartrequest.com/

Invoice #: 0457470375

Check # _____

Payment Amount $ _____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

EXHIBIT I