IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONNELL FELTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> AUTOZONE, INC., and ) <br> TIARA ROBINSON, ) <br> ) <br> Defendants. ) <br> _____) | Case No.: 4:23-CV-01427-SEP |

## DECLARATION OF LAURIE M. RILEY, ESQ.

I, Laurie M. Riley, Esq., declare as follows:

1. I am an attorney at law duly admitted *pro hac vice* to the United States District Court for the Eastern District of Missouri, and am a member of the law firm of Jones Walker, LLP, attorneys for Defendants AutoZoners, LLC (improperly named as AutoZone, Inc.) and Tiara Robinson. As such, I am fully familiar with the facts and circumstances set forth herein.

2. This Declaration is submitted in support of Defendants' Bill of Costs submitted herein pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure, 28 U.S.C. § 1920, and Local Rule 8.03, following entry of the Judgment in favor of the Defendants on September 17, 2025.

3. Plaintiff Ronnell Felton commenced this action on or about October 9, 2023, by filing a Petition in the Circuit Court of St. Louis City, Twenty-Second Judicial Circuit State of Missouri.

4. Defendants filed a Notice of Removal on the basis of diversity of citizenship in the United States District Court for the Eastern District of Missouri on November 8, 2023.

5. Defendants moved for summary judgment concerning all claims set forth in Plaintiff's Petition pursuant to Rule 56 of the Federal Rules of Civil Procedure on September 5, 2024. [Doc. 25]. On September 17, 2025, the Honorable Sarah E. Pitlyk issued a Memorandum and Order that granted Defendants' Motion for Summary Judgment and dismissed all of Plaintiff's claims. [Doc. 46].

6. On September 17, 2025, a Judgment in favor of the Defendants was entered by the Honorable Sarah E. Pitlyk dismissing the case, with prejudice. [Doc. 47].

7. Defendants' Bill of Costs is correct, the costs reflected therein have been necessarily incurred in this case, and the services for which the stated fees are charged were actually and necessarily performed.

8. Defendants are requesting payment of their Bill of Costs, which reflects the cost of (a) fees of the clerk; (b) fees for service of subpoenas; (c) transcripts of deposition that was material and necessarily obtained for use in this Court in connection with the Defendants' Motion for Summary Judgment; and (d) third party medical records of Plaintiff obtained for use in this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Miami-Dade County, Florida on this 6th day of October, 2025.

*/s/ Laurie M. Riley*
Laurie M. Riley (FL Bar No.: 657751)
Admitted *Pro Hac Vice*
Jones Walker LLP
201 South Biscayne Boulevard, Suite 3000
Miami, FL 33131
Telephone: 305-679-5728
Facsimile: 305-679-5816
Email: lriley@joneswalker.com